**FORM 9**  (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 08-32503 |
| | : | |
| SOUTHEAST EQUITY TITLE AGENCY, INC. | : | Chapter 7 |
| | : | |
| | : | JUDGE LAWRENCE S. WALTER |
| DEBTOR(S) | : | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $86.65 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| See Attached list | | |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $86.65 | $_____ |

Dated: October 13, 2010

/s/David L. Mikel
David L. Mikel
Case Trustee
210 W. Main St.
Troy OH 45373
Tel No. (937) 339-0511

cc: U.S. Trustee

Case 3:08-bk-32503   Doc 52   Filed 10/13/10   Entered 10/13/10 14:50:40   Desc Main
Document   Page 2 of 4

Printed: 10/13/10 02:27 PM

# Claims Distribution Small Checks

Page: 1

**Trustee: David L. Mikel  (550550)**

**Case:** 08-32503 - SOUTHEAST EQUITY TITLE AGENCY, INC.

| Account No. | Check No. | Issued / Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| | | Claim No. | | | | | | |
| 9200020694 9566 | 123 | 10/13/10 | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $86.65 |
| | | 5   08/05/08 | 610 | Metropolitan Business Machines | 258.17 | 258.17 | 0.32 | 0.32 |
| | | 6   08/05/08 | 610 | Larry Glaubitz | 150.00 | 150.00 | 0.18 | 0.18 |
| | | 7   08/05/08 | 610 | Superior Search Solutions | 1,427.50 | 1,427.50 | 1.74 | 1.74 |
| | | 9   08/06/08 | 610 | Cheryl Corcione | 150.00 | 150.00 | 0.18 | 0.18 |
| | | 10  08/08/08 | 610 | Bi-State Title Search | 1,229.00 | 1,229.00 | 1.50 | 1.50 |
| | | 11  08/08/08 | 610 | Bankers Service Company | 321.00 | 321.00 | 0.39 | 0.39 |
| | | 12  08/08/08 | 610 | Kathy J. Smith | 25.00 | 25.00 | 0.03 | 0.03 |
| | | 13  08/08/08 | 610 | BARBARA PRESTRIDGE | 150.00 | 150.00 | 0.18 | 0.18 |
| | | 14  08/08/08 | 610 | Timothy L. Robertson, II | 545.00 | 545.00 | 0.66 | 0.66 |
| | | 15  08/08/08 | 610 | Michael Robertson | 3,000.00 | 3,000.00 | 3.65 | 3.65 |
| | | 16  08/08/08 | 610 | Convenient Settlement Services | 1,215.00 | 1,215.00 | 1.48 | 1.48 |
| | | 17  08/11/08 | 610 | Todd Abstracting Services, Inc. | 1,158.00 | 1,158.00 | 1.41 | 1.41 |
| | | 18  08/11/08 | 610 | Candice Richardson | 400.00 | 400.00 | 0.49 | 0.49 |
| | | 19  08/11/08 | 610 | J. B. Title Co., Inc. | 1,118.25 | 1,118.25 | 1.36 | 1.36 |
| | | 20  08/12/08 | 610 | Computer Zoo | 939.09 | 939.09 | 1.14 | 1.14 |
| | | 21  08/11/08 | 610 | Timmons Water Systems, Inc. | 57.22 | 57.22 | 0.07 | 0.07 |
| | | 22  08/11/08 | 610 | Lisa A. Galanis | 125.00 | 125.00 | 0.15 | 0.15 |
| | | 23  08/11/08 | 610 | Ask Land Title Services, LLC | 536.00 | 536.00 | 0.65 | 0.65 |
| | | 24  08/12/08 | 610 | Condord Search & Retrieval, Inc | 1,795.00 | 1,795.00 | 2.19 | 2.19 |
| | | 25  08/12/08 | 610 | Cynthia N. Young | 125.00 | 125.00 | 0.15 | 0.15 |
| | | 26  08/12/08 | 610 | Elizabeth D. Myers | 125.00 | 125.00 | 0.15 | 0.15 |
| | | 27  08/12/08 | 610 | Real Property Research | 331.00 | 331.00 | 0.40 | 0.40 |
| | | 28  08/12/08 | 610 | Portable Notary | 90.00 | 90.00 | 0.11 | 0.11 |
| | | 29  08/12/08 | 610 | J. G. Weiss Research & Retrieval | 499.00 | 499.00 | 0.61 | 0.61 |
| | | 30  08/13/08 | 610 | Dickman Supply | 40.96 | 40.96 | 0.05 | 0.05 |
| | | 31  08/14/08 | 610 | Sherri K. Dapkiewicz | 202.00 | 202.00 | 0.25 | 0.25 |
| | | 33  08/15/08 | 610 | Capital Research | 2,660.00 | 2,660.00 | 3.24 | 3.24 |

(*) Denotes objection to Amount Filed

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Printed: 10/13/10 02:27 PM | | | | **Claims Distribution Small Checks** | | | Page: 2 |

**Trustee: David L. Mikel  (550550)**

Case:  08-32503  -  SOUTHEAST EQUITY TITLE AGENCY, INC.

| Account No. | Check No. Issued Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| | 34 | 08/18/08 | 610 | Joann Calwell | 3,472.00 | 3,472.00 | 4.23 | 4.23 |
| | 36 | 08/18/08 | 610 | Willis Abstracting, Inc. | 648.00 | 648.00 | 0.79 | 0.79 |
| | 39 | 08/18/08 | 610 | Golden Angels Professional Services | 175.00 | 175.00 | 0.21 | 0.21 |
| | 41 | 08/22/08 | 610 | Dawn Bednarski | 804.00 | 804.00 | 0.98 | 0.98 |
| | 42 | 08/22/08 | 610 | Jonathan Scott | 100.00 | 100.00 | 0.12 | 0.12 |
| | 43 | 08/22/08 | 610 | Cisco Title Services, LLC | 2,470.00 | 2,470.00 | 3.01 | 3.01 |
| | 44 | 08/22/08 | 610 | Flagship Title | 3,505.31 | 3,505.31 | 4.27 | 4.27 |
| | 45 | 08/26/08 | 610 | Dayton Power & Light | 2,381.13 | 2,381.13 | 2.90 | 2.90 |
| | 50 | 08/29/08 | 610 | Kathy N. C. Maxa | 375.00 | 375.00 | 0.46 | 0.46 |
| | 51 | 08/29/08 | 610 | Wanda Hall McCullough | 150.00 | 150.00 | 0.18 | 0.18 |
| | 52 | 09/02/08 | 610 | Argent Title Research and Abstracts, Inc | 3,723.50 | 3,723.50 | 4.54 | 4.54 |
| | 53 | 09/05/08 | 610 | Harvey P. Murray, Jr. | 36.00 | 36.00 | 0.04 | 0.04 |
| | 54 | 09/05/08 | 610 | Leah Blando | 700.00 | 700.00 | 0.85 | 0.85 |
| | 55 | 09/08/08 | 610 | Sharyn Rees | 100.00 | 100.00 | 0.12 | 0.12 |
| | 56 | 09/08/08 | 610 | Apple Leaf Abstracting & Settlement | 1,644.00 | 1,644.00 | 2.00 | 2.00 |
| | 57 | 09/15/08 | 610 | Hardesty, Kaffen & Zimmerman | 3,841.00 | 3,841.00 | 4.68 | 4.68 |
| | 58 | 09/16/08 | 610 | Acres Title & Abstracting, LLC. | 304.78 | 304.78 * | 0.37 | 0.37 |
| | 59 | 09/18/08 | 610 | AFNI/VERIZON EAST | 387.07 | 387.07 | 0.47 | 0.47 |
| | 60 | 09/18/08 | 610 | Nanette Sturniolo | 15.00 | 15.00 | 0.02 | 0.02 |
| | 61 | 09/18/08 | 610 | Lori Woronko | 189.80 | 189.80 | 0.23 | 0.23 |
| | 62 | 09/18/08 | 610 | e-Tech Associates | 470.80 | 470.80 | 0.57 | 0.57 |
| | 63 | 09/24/08 | 610 | Spielman Title Service, Inc. | 870.00 | 870.00 | 1.06 | 1.06 |
| | 64 | 09/26/08 | 610 | Renee L. Miller | 3,212.79 | 3,212.79 | 3.91 | 3.91 |
| | 65 | 09/30/08 | 610 | PW TITLE EXAMING SERVICES INC | 160.00 | 160.00 | 0.19 | 0.19 |
| | 66 | 09/30/08 | 610 | RUMPKE | 401.76 | 401.76 | 0.49 | 0.49 |
| | 67 | 10/06/08 | 610 | Nina Mojica | 1,385.00 | 1,385.00 | 1.69 | 1.69 |
| | 69 | 10/09/08 | 610 | Brian Makowski | 1,157.00 | 1,157.00 | 1.41 | 1.41 |
| | 71 | 10/14/08 | 610 | Rodela Enterprises, Inc. | 209.00 | 209.00 | 0.25 | 0.25 |

(*) Denotes objection to Amount Filed

| Printed: 10/13/10 02:27 PM | | | Claims Distribution Small Checks | | | | Page: 3 |

**Trustee: David L. Mikel  (550550)**

Case:  08-32503  -  SOUTHEAST EQUITY TITLE AGENCY, INC.

| Account No. | Check No. Issued Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| | 74 | 10/14/08 | 610 | AREA ABSTRACT CORPORTION | 3,168.00 | 3,168.00 | 3.86 | 3.86 |
| | 75 | 10/14/08 | 610 | Dee Galbreath | 540.00 | 540.00 | 0.66 | 0.66 |
| | 76 | 10/15/08 | 610 | DELAGE LANDEN FINANCIAL SERV INC | 3,292.12 | 3,292.12 | 4.01 | 4.01 |
| | 79 | 10/17/08 | 610 | Scully & Glass | 340.00 | 340.00 | 0.41 | 0.41 |
| | 80 | 10/20/08 | 610 | Hudgins-Wright Realty | 125.00 | 125.00 | 0.15 | 0.15 |
| | 82 | 10/21/08 | 610 | Ashley Atkinson | 100.00 | 100.00 | 0.12 | 0.12 |
| | 84 | 10/23/08 | 610 | X-Pert Notary Services.com | 500.00 | 500.00 | 0.61 | 0.61 |
| | 86 | 10/27/08 | 610 | Joanne B. Helides | 39.00 | 39.00 | 0.05 | 0.05 |
| | 87 | 10/27/08 | 610 | Stephen P. Kenkel, P.L.L.C. | 1,444.50 | 1,444.50 | 1.76 | 1.76 |
| | 88 | 10/27/08 | 610 | Lori A. Walter | 800.00 | 800.00 | 0.97 | 0.97 |
| | 89 | 10/27/08 | 610 | Metropolitan Abstract Services | 1,494.50 | 1,494.50 | 1.82 | 1.82 |
| | 90 | 10/27/08 | 610 | Paul D. Berlage | 2,696.50 | 2,696.50 | 3.28 | 3.28 |
| | 91 | 10/29/08 | 610 | D & J Associates | 151.50 | 151.50 | 0.18 | 0.18 |
| | 92 | 10/30/08 | 610 | Betty R. Raymond | 221.95 | 221.95 | 0.27 | 0.27 |
| | 93 | 11/03/08 | 610 | Vectren Energy Delivery | 3,420.74 | 3,420.74 | 4.17 | 4.17 |
| | 94 | 11/03/08 | 610 | Kim's Research Company | 265.00 | 265.00 | 0.32 | 0.32 |
| | 95 | 11/04/08 | 610 | Centennial Associates, Inc. | 369.00 | 369.00 | 0.45 | 0.45 |
| | 96 | 10/27/08 | 610 | Michael A. Gelman | 650.00 | 650.00 | 0.79 | 0.79 |

(*) Denotes objection to Amount Filed