**FORM 9**  (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 08-32503 |
| | : | |
| SOUTHEAST EQUITY TITLE AGENCY, INC. | : | Chapter 7 |
| | : | JUDGE LAWRENCE S. WALTER |
| DEBTOR(S) | : | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $60.16 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Bensesch Friedlander Copland & Arnoff LLP<br>Attn. David M. Neumann<br>200 Public Square, Suite 2300<br>Cleveland OH 44114 | 70 | 49.91 |
| Commonweatlh Settlements LLC<br>2920 Barrow Place<br>Midlothian VA 23113 | 77 | 10.25 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $_____ | $     60.16 |

Dated: January 24, 2011

/s/David L. Mikel
David L. Mikel
Case Trustee
210 W. Main St.
Troy OH 45373
Tel No. (937) 339-0511

cc: U.S. Trustee